**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com
Attorney for RENEE GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RENEE GOMEZ,<br><br>　　　　　Defendant. | No. 1:21-cr-00032-1 ADA<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND ORDER** |

On February 3, 2021, RENEE GOMEZ was indicted on federal charges. TIMOTHY HENNESSY was appointed as counsel to represent Ms. Gomez on 1:21-cr-00032-1 ADA in her probation violation. Ms. Gomez resolved her violation on December 12, 2022. Having completed his representation of Ms. Gomez, Mr. Hennessy now moves to terminate his appointment under the Criminal Justice Act. Should Ms. Gomez require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: 3/20/2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Timothy Hennessy*
　　　　　　　　　　　　　　　　　　TIMOTHY HENNESSY
　　　　　　　　　　　　　　　　　　Attorney for Renee Gomez

**ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Renee Gomez at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Renee Gomez
3222 East Dakota Ave
Apt 229
Fresno, CA 93726

IT IS SO ORDERED.

Dated:   March 24, 2023

UNITED STATES DISTRICT JUDGE